# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ISIAH LANG

NO. 2025 KW 1239

**MARCH 23, 2026**

---

In Re:   Isiah Lang, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-02369.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's motion to return illegally seized property, filed October 28, 2025, on or before May 6, 2026, if it has not already done so. A copy of the district court's action shall be filed in this court on or before May 13, 2026.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COUR